No. 84–106. RHODE ISLAND *v.* VON BULOW. Sup. Ct. R. I. Motions of Americans for Effective Law Enforcement, Inc., et al. and Annie Laurie Kneissel et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 84–5082. BROWN *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Motion of Harvey Kudler for leave to file a brief as *amicus curiae* granted. Certiorari denied.

OCTOBER 4, 1984

No. 83–2106. LOUISIANA *v.* SORINA. Ct. App. La., 4th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 9, 1984

No. 84–138. SOUTH CAROLINA *v.* UNITED STATES ET AL. Appeal from D. C. D. C. dismissed under this Court's Rule 53.

No. 83–1816. JIBSON *v.* WHITE CLOUD EDUCATION ASSN. Appeal from Ct. App. Mich. dismissed for want of substantial federal question. JUSTICE BLACKMUN, JUSTICE REHNQUIST, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 83–7039. CHAMBERS *v.* VERMONT. Appeal from Sup. Ct. Vt. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–245. PELLEGRINO ET AL. *v.* O'NEILL ET AL. Appeal from Sup. Ct. Conn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.